UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-22278-CIV-King/Garber

RICHARD LAUX and MARTHA LAUX,

    Plaintiffs,

v.

CARNIVAL CORPORATION, a foreign
corporation d/b/a CARNIVAL CRUISE
LINES, and DIANNE NICHOL,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the defendant Nichols' Emergency Prayer for Relief of Court Order Dated February 16, 2007 (DE 71), and plaintiffs' response in opposition.

The Court had previously, on defendant Nichols' request, rescheduled to March 16, 2007, the evidentiary hearing on jurisdictional issues originally scheduled for February 20, 2007. The motion now before the Court seeks a further continuance by Nichols because of her pre-paid travel plans and personal family obligations. For reasons unknown to the Court such reasons were not set forth in her prior motion for a continuance.

The Court is advised that plaintiffs have made travel arrangements to attend the March 16 hearing and plaintiffs' daughter is available for such hearing. Accordingly, and upon due consideration, it is hereby

ORDERED that defendant Nichols' Emergency Prayer for Relief is GRANTED IN PART AND DENIED IN PART as follows:

1. Defendant Nichols' request for a continuance of the March 16, 2007 hearing is DENIED.

2. Plaintiffs shall present their evidence on jurisdictional issues at the March 16 hearing.

3. **Defendant Nichols shall present her testimony on the jurisdictional issues on Friday, March 30, 2007, commencing at 2:00 P.M. Eastern Daylight Time in the United States Courthouse, New North Courtroom, 300 N.E. 1st Avenue, Miami, Florida 33132. Said testimony may be presented by Dr. Nichols through the use of videolink from Australia, arrangements for same to be made by Dr. Nichols and defendant's local counsel. No further continuances or extensions shall be granted by the Court. In the event that defendant Nichols fails to comply with this Order, the Court will consider the imposition of sanctions including but not limited to the exclusion of her testimony.**

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of March, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE